910

No. 738. NATHAN ET AL. v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Richard E. Gorman* and *Daniel P. Ward* for petitioners. *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 748. CARSON ET AL. v. WARLICK, U. S. DISTRICT JUDGE. C. A. 4th Cir. Certiorari denied. *Herman L. Taylor* and *Samuel S. Mitchell* for petitioners. *George B. Patton,* Attorney General of North Carolina, *Robert E. Giles,* Assistant Attorney General, and *William T. Joyner* for respondent.

No. 760. INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL No. 12, AFL, v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *David Sokol* for petitioner. *Solicitor General Rankin, Stephen Leonard, Dominick L. Manoli* and *Irving M. Herman* for respondent.

No. 763. SCHOOL BOARD OF CHARLOTTESVILLE, VIRGINIA, ET AL. v. ALLEN ET AL. C. A. 4th Cir. Certiorari denied. *J. Lindsay Almond, Jr.,* Attorney General of Virginia, *Henry T. Wickham,* Special Assistant to the Attorney General, and *John S. Battle* for petitioners. *Oliver W. Hill, Robert L. Carter, Thurgood Marshall, Spottswood W. Robinson, III, Martin A. Martin* and *S. W. Tucker* for respondents.

No. 765. JAMES PETROLEUM CORP. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Watson Washburn* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Hilbert P. Zarky* and *Melva M. Graney* for respondent.